THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **EXCELL AGENT SERVICES, L.L.C.** | * | |
| Plaintiff | * | |
| vs. | * | Civil Action No.: L-01-3157 |
| ESS.COM L.L.C., d/b/a ESS COMMUNICATIONS | * | |
| Defendant | ****** | |

## ORDER

Plaintiff having failed to show good cause as to why service of the summons and complaint has not been made upon defendant within 120 days of the filing of the complaint as required by the prior order of this court, it is, this 13TH day of March 2002,

ORDERED that this action be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

Benson Everett Legg
United States District Judge

U.S. District Court (Rev. 1/2000)